

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2019April 23, 2019

No. 04-19-00090-CR

Abraham **BASTIEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8931
Honorable Velia J. Meza, Judge Presiding

**ORDER**

This appeal is DISMISSED.

It is so **ORDERED** on April 24, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court